**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
Todd M. Schneider (SBN 158253)
Mark T. Johnson (SBN 76904)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415-421-7100
Facsimile: 415-421-7105
E-mail: tschneider@schneiderwallace.com

**BERGER & MONTAGUE, P.C.**
Lane L. Vines *(Pro Hac Vice* Anticipated)
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4604
E-mail: lvines@bm.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HENRY FRONDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:16-cv-05534-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>Magistrate Judge Donna M. Ryu |

1    NOTICE IS HEREBY GIVEN that Plaintiff Henry Fronda, pursuant to Federal Rule of
Civil Procedure 41(a)(1), hereby voluntarily dismisses this entire case with prejudice as to the
named plaintiff, and without prejudice as to any members of the putative class. By agreement of
the Parties, each party shall bear its own costs and attorneys' fees.

Dated: January 26, 2017

MARK JOHNSON
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP


By:   */s/ Mark Johnson*
      MARK JOHNSON

      Attorneys for Plaintiff
      HENRY FRONDA

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Mark Johnson*
Mark Johnson
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
mjohnson@schneiderwallace.com